<div style="float:right">May Term,
1829.

LOUISVILLE
AND PORTLAND
CANAL COM-
PANY
v.
HOLBORN.</div>

---

LOUISVILLE and PORTLAND CANAL COMPANY *v.* HOLBORN, in Error.

*A.,* to whom *B.* was indebted, levied an attachment on certain goods as *B.'s* property.   *C.,* the owner of the goods, brought an action of replevin against *A.* and recovered (1).

<div style="float:right">*Wednesday,*
*May 27.*</div>

(1) Replevin lies in such cases as that in the text; and it is no objection to the action that the goods are in the custody of the law.   *Chinn* v. *Russell,* ante, p. 172, and note (3).